# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JASON JARRELL SPIKES

NO. 2020 KW 0234

**MAY 1 2 2020**

In Re:    Jason Jarrell Spikes, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 14-CR8-126847.

**BEFORE:    McDONALD, THERIOT, AND CHUTZ, JJ.**

   **WRIT DENIED.**

                        JMM
                        MRT
                        WRC

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT